**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Craig T. WILLIAMS, Defendant–Appellant.**

No. 03–40422.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 22, 2003.

Craig T. Williams, pro se, Beaumont, TX, for Defendant–Appellant.

David Haskell Henderson, Jr., Assistant US Attorney, US Attorney's Office, Eastern District of Texas, Beaumont, TX, for Plaintiff–Appellee.

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

---

PER CURIAM.*

The Federal Public Defender appointed to represent Craig T. Williams on appeal has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Williams has not filed a response. Our independent review of the record and the brief discloses no non-frivolous issues for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

MOTION GRANTED; APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.